**PHILLIPS NIZER** LLP

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

Regina E. Faul
(212) 841-0575
Rfaul@phillipsnizer.com

www.phillipsnizer.com

New York • New Jersey

January 18, 2024

> Application GRANTED. The initial pretrial conference is hereby RESCHEDULED to **Thursday, March 7, 2024** at **9:00 a.m**. The Clerk of Court is directed to terminate ECF No. 18. SO ORDERED.
>
> January 19, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Roman Moreno Martinez and Felipe Vargas v. Kenneth Rockwood,* Case No. 23-cv-10058

Dear Judge Furman:

This Firm represents Defendant Kenneth Rockwood (the "Defendant"), in the above-referenced action (the "Action"). In accordance with Your Honor's Individual Practices, we write to request an adjournment of the Initial Pretrial Conference currently scheduled for February 15, 2024. This is the first request for adjournment of the Initial Pretrial Conference.

The parties attended a Pre-Settlement Telephone Conference on January 16, 2024 before Magistrate Judge Gary Stein. The Defendant requested an adjournment of the Settlement Conference from February 1, 2024.[1] Alice Davis, counsel for Plaintiff, consented to the adjournment request and all parties agreed upon February 8, 2024 for the in-person Settlement Conference. Given that timeline, the parties request the Initial Pretrial Conference be adjourned to March 6, 2024 to allow us to continue to work towards settlement.

Accordingly, we respectfully request that the Court grant this adjournment. This request is being submitted without waiver of any rights, remedies, or defenses in this matter, all of which are expressly reserved. We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Regina E. Faul*
Regina E. Faul

cc:   Alice Davis, Esq. (via ECF)

---

[1] Defendant is unable to appear in person on that date.