**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROMAN MORENO MARTINEZ and
FELIPE VARGAS,

                Plaintiffs,

    -against-                                      23 **CIVIL** 10058 (GS)

                                                          **JUDGMENT**

KENNETH ROCKWOOD,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2025, Plaintiffs' motion for enforcement of the Settlement Agreement is GRANTED. Judgment is entered in favor of Plaintiffs in the amount of $111,600.00.

**Dated:** New York, New York
          February 14, 2025

                                                            **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                **BY:**          *K. Mango*
                                                                 **Deputy Clerk**